725 A.2d 1117

IN THE MATTER OF STEPHEN FEUERSTEIN,
AN ATTORNEY AT LAW.

March 24, 1999.

## ORDER

The Disciplinary Review Board on October 21, 1998, having filed with the Court its decision concluding that **STEPHEN FEUER-STEIN** of **MANALAPAN**, who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of three months for violating *RPC* 1.4(a) (failure to communicate), *RPC* 1.16(d) (failure to return a client's property on termination of representation), *RPC* 5.5(a) (practicing while ineligible), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **STEPHEN FEUERSTEIN** is suspended from the practice of law for a period of three months, and until further Order of the Court, effective April 19, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.